# EXHIBIT 1



**SACH- UND ERTRAGSAUSFALL-POLICE**

**Currenta GmbH & Co. OHG**



 MARSH

Seite 2

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**


## INHALTSVERZEICHNIS

**1.** **DECKBLATTANGABEN** ................................................................... 4
**2.** **VERSICHERUNGSUMFANG** ............................................................ 6
**3.** **VERSICHERUNGSSUMMEN / PRÄMIENBERECHNUNGEN** ............................ 9
**4.** **SONSTIGE KOSTEN, AUFWENDUNGEN, HAFTUNGSBEGRENZUNGEN,**
**SELBSTBETEILIGUNGEN** ................................................................ 10
4.1 Haftungsbegrenzungen zusätzlich zur Gesamtversicherungssumme ............. 10
4.1.1 Sachversicherung .......................................................................... 10
4.1.2 Ertragsausfallversicherung .............................................................. 12
4.1.3 Kombiniert für die Sach- und die Ertragsausfallversicherung ..................... 12
4.2 Haftungsbegrenzungen im Rahmen der Gesamtversicherungssumme ........... 12
4.2.1 Kombiniert für die Sach- und Ertragsausfallversicherung ......................... 12
4.2.2 Ertragsausfallversicherung .............................................................. 13
4.3 Unterversicherungsverzicht ............................................................. 13
**5.** **BESONDERE VEREINBARUNGEN UND BESTIMMUNGEN** ........................ 14
5.1 Schadenzeitpunkt .......................................................................... 14
5.2 Generelle Ausschlüsse - Krieg ......................................................... 14
5.3 Länderspezifische Ausschlüsse - Sturm/Hagel ..................................... 14
5.4 Länderspezifische Ausschlüsse - Erdbeben ......................................... 14
5.5 Kosten für die Dekontamination von Erdreich ....................................... 15
5.6 Mehrkosten und Beschleunigungskosten ............................................. 15
5.7 Mehrkosten infolge behördlicher Beschränkungen ................................. 15
5.8 Versicherungswert - lieferungsfertige eigene Erzeugnisse ........................ 15
5.9 Entschädigungsberechnung ............................................................. 16
5.10 Beachtung von Sicherheitsvorschriften - elektrische Anlagen ................... 16
5.11 Beachtung von Sicherheitsvorschriften - Brandschutzanlagen .................. 17
5.12 Beachtung von Sicherheitsvorschriften - ASF und Starkstromanlagen bis
1.000 Volt .................................................................................. 18
5.13 Vorübergehende Außerbetriebnahme von Brandschutzanlagen ................. 19
5.14 Haftungsbegrenzungen .................................................................. 19
5.15 Regressverzicht/Verzicht auf Ersatzansprüche ..................................... 20
5.16 Zahlung der Entschädigung ............................................................. 20
5.17 Sturm- und Hagelversicherung - Schäden an beweglichen Sachen im Freien. 21
5.18 Versicherung von Schäden durch Erdsenkung oder Erdrutsch .................. 21
5.19 Überschwemmungsversicherung ...................................................... 21
5.20 Versicherung von Schäden durch unbenannte Gefahren - nicht versicherte
Gefahren und Schäden .................................................................. 22
5.21 Versicherung von Schäden durch unbenannte Gefahren - nicht versicherte
Sachen ...................................................................................... 22





Seite 3

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

5.22        Ertragsausfallversicherung - Sachschaden ...................................................... 22
5.23        Ertragsausfallversicherung - Ertragsausfallschaden....................................... 23
5.24        Ertragsausfallversicherung - zusätzlich versicherte Kosten............................. 23
**6.**        **VERTEILUNGSPLAN................................................................................... 25**



Seite 4

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

## 1.        DECKBLATTANGABEN

**SACH- UND ERTRAGSAUSFALL-POLICE**

| | |
|---|---|
| Versicherungsscheinnummern: | 14 454409 Sach Feuer |
| | 14 454411 Sach EC |
| | 14 454412 Ertragsausfall Feuer |
| | 14 454413 Ertragsausfall EC |
| Versicherungsnehmer: | **Currenta GmbH & Co. OHG** |

Mitversicherte Unternehmen:        Alle Unternehmen inkl. neu hinzukommende Unternehmen, die
vom Versicherungsnehmer oder einem Tochterunternehmen
finanziell, rechtlich oder de facto kontrolliert werden (direkte o-
der indirekte Beteiligung von mehr als 50 %) oder sofern sie
vom Versicherungsnehmer oder einem Tochterunternehmen
unternehmerisch geführt werden.

Vertreten durch

**Currenta GmbH & Co. OHG
51368 Leverkusen.**

Versicherungsorte:        Kaiser-Wilhelm-Allee 3, 51368 Leverkusen
Alfred-Nobel-Straße 50, 40789 Monheim
Alte-Heerstraße 4, 41538 Dormagen
Rheinuferstraße 7, 47829 Krefeld Uerdingen
Friedrich-Ebertstr. 217, 42096 Wuppertal Elberfeld
Rheinuferstraße 7, 47829 Krefeld Uerdingen
Friedrich-Ebertstr. 217, 42096 Wuppertal Elberfeld
Kaiser-Wilhelm-Allee 3, 51368 Leverkusen

- jeweils gesamter Betriebskomplex -



 MARSH

Seite 5

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

| | |
|---|---|
| Vertragsdauer: | **29.11.2019** bis **01.01.2022** |
| | - jeweils mittags 12:00 Uhr - |
| | |
| | Der Vertrag verlängert sich stillschweigend von Jahr zu Jahr, wenn er nicht spätestens drei Monate vor Ablauf schriftlich ge- kündigt wird. |
| | |
| Versicherer: | Die im Verteilungsplan genannten Versicherer unter Führung der |
| | |
| | **HDI Global SE in Essen** |
| | |
| Gesamtversicherungssummen: | Laut Deklarationen |
| | |
| | Davon übernehmen die im Verteilungsplan genannten Versi- cherer als Einzelschuldner den dort für sie vermerkten Anteil. |
| | |
| Prämienzahlung: | **Jährlich** |
| | |
| | Wird in der Deklaration eine Erhebungsprämie ausgewiesen, ist diese sofort fällig. Die Jahresprämie wird zu Beginn eines jeden Versicherungsjahres fällig. |
| | |
| Vertragsgrundlagen: | - Bedingungen zur Sach- und Ertragsausfall-Police - Fassung GOLD (Stand: 01/2014; Fassung vom 07.10.2014) |



 MARSH

Seite 6

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

## 2.        VERSICHERUNGSUMFANG

| UMFANG | SACHSCHADEN | ERTRAGSAUSFALL |
|---|---|---|
| **Feuerversicherung** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzungen/ Höchstentschädigung (HE) kombiniert | EUR 400.000.000 | |
| **Versicherung von Schäden durch innere Unruhen, böswillige Beschädigung, Streik oder Aussperrung** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzungen/ Jahreshöchstentschädigung (JHE), kombiniert | EUR 100.000.000 | |
| **Versicherung von Schäden durch Fahrzeuganprall, Rauch und Überschallknall** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Höchstentschädigung (HE), kombiniert | EUR 100.000.000 | |
| **Leitungswasserversicherung** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Höchstentschädigung (HE), Kombiniert | EUR 100.000.000 | |





Seite 7

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

| UMFANG | SACHSCHADEN | ERTRAGSAUSFALL |
|---|---|---|
| **Sturm- und Hagelversicherung** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Jahreshöchstentschädigung (JHE), kombiniert | EUR 100.000.000 | |
| **Einbruchdiebstahl- und Beraubungsversicherung** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Höchstentschädigung (HE), kombiniert | EUR 100.000.000 | |
| **Glasbruchversicherung** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Höchstentschädigung, kombiniert | EUR 100.000.000 | |
| **Versicherung von Schäden durch Erdbeben** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Jahreshöchstentschädigung (JHE), kombiniert | EUR 100.000.000 | |
| **Versicherung von Schäden durch Erdsenkung oder Erdrutsch** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Jahreshöchstentschädigung (JHE), kombiniert | EUR 100.000.000 | |





Seite 8

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

| UMFANG | SACHSCHADEN | ERTRAGSAUSFALL |
|---|---|---|
| **Überschwemmungsversicherung** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Jahreshöchstentschädigung (JHE), kombiniert | EUR 100.000.000 | |
| **Versicherung von Schäden durch Schneedruck oder Lawinen** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Jahreshöchstentschädigung (HE), kombiniert | EUR 100.000.000 | |
| **Versicherung von Schäden durch Vulkanausbruch** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Jahreshöchstentschädigung (HE), kombiniert | EUR 100.000.000 | |
| **Versicherung von Schäden durch zusätzliche unbenannte Gefahren** | Versichert | Versichert<br>24 Monate Haftzeit |
| -  Selbstbeteiligung, kombiniert | EUR 10.000.000 | |
| -  Haftungsbegrenzung/ Höchstentschädigung (HE), kombiniert | EUR 100.000.000 | |





Seite 9

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

**3.        VERSICHERUNGSSUMMEN / PRÄMIENBERECHNUNGEN**

- gemäß den Deklarationen in der Anlage -



 MARSH

Seite 10

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

**4.        SONSTIGE KOSTEN, AUFWENDUNGEN, HAFTUNGSBEGRENZUNGEN,
           SELBSTBETEILIGUNGEN**

4.1        Haftungsbegrenzungen zusätzlich zur Gesamtversicherungssumme

           Maßgeblich für die prozentuale Berechnung einer Haftungsbegrenzung in dieser Ziffer
           ist die Versicherungssumme in den Deklarationen. Besteht eine Gesamtdeklaration,
           so gilt ausschließlich diese als Berechnungsgrundlage.

4.1.1      Sachversicherung

           Prämienfrei mitversichert sind auf Erstes Risiko (Sublimierung)

           -    Muster/Modelle
           -    Bargeld, Wertpapiere und sonstige Urkunden
           -    Besitz der Betriebsangehörigen
           -    Kraftfahrzeuge von Betriebsangehörigen und Besuchern
           -    Geschäftsunterlagen und sonstige Datenträger

                                                          EUR       7.500.000,00


           -    Aufräumungs-, Abbruch- und Entsorgungskosten
           -    Kosten für Verkehrssicherungsmaßnahmen
           -    erweiterte Schadenminderungskosten
           -    Bewegungs- und Schutzkosten
           -    Abbruch-, Aufräumungs-, Entsorgungs- und Isolierungskosten
                von radioaktiv verseuchten Sachen (einschl. Bergungskosten
                radioaktiver Strahler)
           -    Kosten für die Dekontamination von Erdreich
           -    Kosten der Schadenermittlung
           -    Regiekosten


                                                          EUR     25.000.000,00



 MARSH

Seite 11

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

| | | |
|---|---|---|
| Kosten für Verkehrssicherungsmaßnahmen innerhalb dieser Position bis zu maximal | | EUR 500.000,00 |
| Mehrkosten und Beschleunigungskosten bis zu einem Betrag von | | EUR 1.250.000,00 |
| - Mehrkosten infolge Technologiefortschritts | | |
| - Preisdifferenzen | | |
| - Mehrkosten infolge behördlicher Beschränkungen | | |
| - Wiederherstellungskosten für Geschäftsunterlagen und sonstige Datenträger | | EUR 12.500.000,00 |
| Ökologische Maßnahmen bis zu einem Betrag von | | EUR 2.500.000,00 |
| Prämienfrei mitversichert ist eine Höherhaftung in Höhe von 10 % der Versicherungssumme, maximal Diese gilt auch für Bestandsänderungen des laufenden Versicherungsjahres. | | EUR     10.000.000,00 |

Haftungsbegrenzungen für Ziffer 2.6.2 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gemäß

| | | | | |
|---|---|---|---|---|
| - | Nr. 2 a) | Gebäudebeschädigungen | EUR | 50.000,00 |
| - | Nr. 2 b) | Schaukästen und Vitrinen | EUR | 50.000,00 |
| - | Nr. 2 ca) | Schlossänderungen | EUR | 100.000,00 |
| - | Nr. 2 cb) | Schlossänderungen | EUR | 15.000,00 |
| - | Nr. 2 da) | Bargeld, Wertpapieren, Schmuck etc. innerhalb der Versicherungsorte | EUR | 30.000,00 |
| - | Nr. 2 db) | Bargeld, Wertpapieren, Schmuck etc. außerhalb der Versicherungsorte | EUR | 15.000,00 |
| - | Nr. 2 ea) | Bargeld, Wertpapieren, Schmuck etc. in Panzerschränken etc. | EUR | 25.000,00 |



 MARSH

Seite 12

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

|  |  |  |  |  |
|---|---|---|---|---|
| - | Nr. 2 eb) | Bargeld, Wertpapieren, Schmuck etc. in sonstigen Behältnissen | EUR | 5.000,00 |
| - | Nr. 2 f) | Kosten für provisorische Reparaturarbeiten | EUR | 50.000,00 |

**4.1.2    Ertragsausfallversicherung**

Prämienfrei mitversichert sind zusätzlich zur Gesamtversicherungssumme einschließlich Nachhaftung auf Erstes Risiko

- Vertrags- und Konventionalstrafen
- Wertverluste und zusätzliche Kosten
- zusätzliche Standkosten und ähnliche Kosten
- Kosten der Schadenermittlung
- Sonstige zusätzliche Kosten                                EUR        2.500.000,00

**4.1.3    Kombiniert für die Sach- und die Ertragsausfallversicherung**

Zusätzliche schadenbedingte Steuermehraufwendungen
gemäß Ziffer 1.5.13 der Bedingungen zur Sach- und
Ertragsausfall-Police (01/2014)                             EUR        3.000.000,00

**4.2    Haftungsbegrenzungen im Rahmen der Gesamtversicherungssumme**

**4.2.1    Kombiniert für die Sach- und Ertragsausfallversicherung**

Weitere Versicherungsorte

- innerhalb Deutschlands                                     EUR       10.000.000,00
- außerhalb Deutschlands, innerhalb Europas                  EUR        2.500.000,00
- außerhalb Europas                                          EUR        1.000.000,00

Überspannungsschäden gemäß Ziffer 2.1.1 Nr. 3
der Bedingungen zur Sach- und Ertragsausfall-
Police (01/2014)                                            EUR         150.000,00

Wassermehrverbrauch gemäß Ziffer 2.4.1 Nr. 2 Abs. 4

 MARSH & McLENNAN COMPANIES

 MARSH

Seite 13

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

| | | | |
|---|---|---|---|
| | der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) | EUR | 20.000,00 |
| 4.2.2 | Ertragsausfallversicherung | | |
| 4.2.2.1 | Ertragsausfallschäden durch Sachschäden an fremden Datenverarbeitungsanlagen gemäß Ziffer 3.2 Absatz 3 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) | | |
| | -   innerhalb Deutschlands | EUR | 10.000.000,00 |
| | -   außerhalb Deutschlands, innerhalb Europas | EUR | 2.500.000,00 |
| | -   außerhalb Europas | EUR | 1.000.000,00 |
| 4.2.2.2 | Rückwirkungsschäden gemäß Ziffer 3.8 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) | | |
| | durch einen Sachschaden bei einem unbenannten Zulieferer/Abnehmer | | |
| | -   innerhalb Europas | EUR | 12.500.000,00 |
| | -   außerhalb Europas | EUR | 1.000.000,00 |
| | Abweichend zu den vorangehend genannten Haftungs-begrenzungen für Rückwirkungsschäden ist die Haftung für Ziffer 3.8 Absatz 4 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) - Ausfall fremder Versorgungs- und Entsorgungsleistungen - begrenzt auf | EUR | 10.000.000,00 |
| 4.2.2.3 | Ertragsausfallschäden durch Behinderungen gemäß Ziffer 3.9 der Bedingungen zur Sach- und Ertrags-ausfall-Police (01/2014) | EUR | 12.500.000,00 |
| 4.3 | Unterversicherungsverzicht gemäß Ziffer 1.6.9 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) | | |
| | - kombiniert für Sach-und Ertragsausfall - | EUR | 5.000.000,00 |





Seite 14

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

**5.         BESONDERE VEREINBARUNGEN UND BESTIMMUNGEN**

5.1        Schadenzeitpunkt

Ist der Eintrittszeitpunkt des Sachschadens objektiv nicht feststellbar, so gilt der Zeit-
punkt, an dem der Sachschaden für den Versicherungsnehmer nach den anerkannten
Regeln der Technik frühestens erkennbar war.

5.2        Generelle Ausschlüsse - Krieg

Abweichend zu Ziffer 1.3.1 a) der Bedingungen zur Sach- und Ertragsausfall-Police
(01/2014) gilt:

Schäden durch Krieg oder kriegsähnliche Ereignisse, Bürgerkrieg, Rebellion, Revolu-
tion oder Aufstand; versichert gelten jedoch Explosionsschäden als Folge vergange-
ner Kriege oder kriegsähnlicher Ereignisse innerhalb der Bundesrepublik Deutsch-
land.

5.3        Länderspezifische Ausschlüsse - Sturm/Hagel

In Ergänzung zu Ziffer 1.3.2 der Bedingungen zur Sach- und Ertragsausfall-Police
(01/2014) gilt:

Nicht versichert sind ohne Rücksicht auf mitwirkende Ursachen Schäden durch
Sturm/Hagel

-       in den USA

5.4        Länderspezifische Ausschlüsse - Erdbeben

In Ergänzung zu Ziffer 1.3.2 der Bedingungen zur Sach- und Ertragsausfall-Police
(01/2014) gilt:

Nicht versichert sind ohne Rücksicht auf mitwirkende Ursachen Schäden durch Erd-
beben in

-       Chile
-       Ecuador
-       Griechenland
-       Italien
-       Japan
-       Kolumbien



 MARSH

Seite 15

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

- Mexiko
- Neuseeland
- Peru
- Portugal
- Taiwan
- der Türkei
- den USA-Bundesstaaten Kalifornien, Oregon, Washington, Arkansas, Illinois, Indiana, Kentucky, Mississippi, Missouri oder Tennessee

5.5      Kosten für die Dekontamination von Erdreich

Abweichend zu Ziffer 1.5.2 Nr. 2 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Wird durch den Versicherungsfall eine bestehende Kontamination des Erdreichs erhöht, so werden nur Aufwendungen ersetzt, die den für eine Beseitigung der bestehenden Kontamination erforderlichen Betrag übersteigen, und zwar ohne Rücksicht darauf, ob und wann dieser Betrag ohne den Schadensfall aufgewendet worden wäre.

Die hiernach nicht zu ersetzenden Kosten werden nötigenfalls durch Sachverständige festgestellt.

5.6      Mehrkosten und Beschleunigungskosten

Abweichend zu Ziffer 1.5.3 Nr. 1 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Die Textpassage „Verwirklichung einer versicherten Gefahr" gilt ersetzt durch „eines Versicherungsfalls".

5.7      Mehrkosten infolge behördlicher Beschränkungen

In Ergänzung zu Ziffer 1.5.7 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Wenn die Wiederherstellung unabhängig von behördlichen Wiederherstellungsbeschränkungen an anderer Stelle erfolgt, werden die Mehrkosten nur in dem Umfang ersetzt, in dem sie auch bei Wiederherstellung an bisheriger Stelle entstanden wären.

5.8      Versicherungswert - lieferungsfertige eigene Erzeugnisse

Abweichend zu Ziffer 1.6.1 Nr. 4 a) Absatz 1 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

 MARSH & McLENNAN COMPANIES



Seite 16

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

Versicherungswert der vom Versicherungsnehmer ganz oder teilweise selbst herge-
stellten, lieferungsfertigen, aber noch nicht verkauften Erzeugnisse ist der erzielbare
Verkaufspreis abzüglich der durch Nichtlieferung ersparten Kosten, mindestens aber
der Betrag für die Kosten der tatsächlich vorgenommenen Neuherstellung.

5.9     Entschädigungsberechnung

Abweichend zu Ziffer 1.6.2 Absatz 2 der Bedingungen zur Sach- und Ertragsausfall-
Police (01/2014) gilt:

Restwerte werden angerechnet. Behördliche Beschränkungen werden im Rahmen
der Ziffer 1.5.7 berücksichtigt.

5.10    Beachtung von Sicherheitsvorschriften - elektrische Anlagen

In Ergänzung zu Ziffer 1.8.1 der Bedingungen zur Sach- und Ertragsausfall-Police
(01/2014) gilt:

1.     Der Versicherungsnehmer hat die elektrischen Anlagen jährlich, und zwar mög-
       lichst innerhalb der ersten drei Monate eines jeden Versicherungsjahres, auf
       seine Kosten durch eine von der VdS SCHADENVERHÜTUNG GmbH aner-
       kannte oder durch eine gleichermaßen qualifizierte Überwachungsstelle prüfen
       und sich ein Zeugnis darüber ausstellen zu lassen. In dem Zeugnis muss eine
       Frist gesetzt sein, innerhalb derer Mängel beseitigt und Abweichungen von den
       anerkannten Regeln der Elektrotechnik, insbesondere von den einschlägigen
       VDE-Bestimmungen, abgestellt werden müssen.

2.     Der Versicherungsnehmer hat dem Versicherer das Zeugnis unverzüglich zu
       übersenden, die Mängel fristgemäß zu beseitigen und dies dann dem Versiche-
       rer anzuzeigen.

3.     Werden elektrische Anlagen im Auftrag einer Behörde durch Fach(Elektro)-Inge-
       nieure geprüft, so ist durch deren Prüfung auch den Bestimmungen von Nr. 1
       und Nr. 2 genügt.

4.     Werden bei einer Revision/Prüfung keine erheblichen Mängel festgestellt, dann
       verzichtet der Versicherer auf die nächstfällige Prüfung.

5.     Vorstehende Bestimmungen gelten nicht für Schwachstromanlagen bis 65 Volt
       und nicht für Hochspannungsanlagen ab 1.000 Volt.



 **MARSH**

Seite 17

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

6.  Diese Vereinbarungen gelten nur für die im Versicherungsschein benannten Ver-
sicherungsorte. Diese Vereinbarungen finden keine Anwendung bei

-  Räumen, die nur Wohn-, Büro- oder Sozialzwecken dienen;

-  Gebäuden, soweit der Versicherungsnehmer auf Grund von Miet-, Pacht-,
Leasing- oder ähnlichen Verträgen keinen Einfluss auf die Einhaltung von
Sicherheitsvorschriften hat.

7.  Verletzt der Versicherungsnehmer diese Obliegenheit, so treten die in den Bedin-
gungen zur Sach- und Ertragsausfall-Police (01/2014) beschriebenen Rechtsfol-
gen ein.

5.11    Beachtung von Sicherheitsvorschriften - Brandschutzanlagen

In Ergänzung zu Ziffer 1.8.1 der Bedingungen zur Sach- und Ertragsausfall-Police
(01/2014) gilt:

1.  Für von der VdS SCHADENVERHÜTUNG GmbH bereits abgenommene Brand-
schutzanlagen gilt:

Die Anlagen müssen jederzeit den Vorschriften, die für die Errichtung der Anla-
gen galten, in allen Teilen entsprechen, soweit nicht die VdS SCHADENVERHÜ-
TUNG GmbH Abweichungen schriftlich genehmigt hat oder ein verminderter Bei-
tragsnachlass zur Anwendung kommt.

2.  Der Versicherungsnehmer hat die Anlagen

a)  in vorschriftsmäßigem Zustand zu erhalten und zu betreiben und dem Ver-
sicherer zur Vermeidung der Anspruchsverwirkung unverzüglich Anzeige
zu erstatten, wenn Beeinträchtigungen an der Anlage eintreten, auch wenn
hierdurch die Anlage nur teilweise wirkungsunfähig wird. In diesen Fällen
hat der Versicherungsnehmer die Anlage unter Beachtung der gebotenen
erhöhten Sorgfalt möglichst schnell wieder in Stand setzen zu lassen. Dau-
ert eine Beeinträchtigung länger als drei Tage oder verfährt der Versiche-
rungsnehmer während dieser Zeit nicht nach den Vorschriften, so hat er für
die Dauer der Beeinträchtigung den anteiligen Beitragsnachlass zurückzu-
zahlen, wenn die Beeinträchtigung durch Verschulden des Versicherungs-
nehmers nicht nach den Vorschriften beseitigt wird;

liegt kein Verschulden des Versicherungsnehmers vor, so ist der Beitrags-
nachlass erst ab dem 31. Tag zurückzuzahlen;



 MARSH

Seite 18

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413 **- Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

  b) die gesamte Anlage auf seine Kosten mindestens einmal in jedem Kalen-
derjahr durch eine von den Versicherern anerkannte Überwachungsstelle
prüfen zu lassen, die etwaigen Mängel unverzüglich zu beseitigen und
durch ein Zeugnis der Überwachungsstelle die Erfüllung dieser Pflichten
nachzuweisen. Verletzt er diese Pflichten, so hat er den Beitragsnachlass
entsprechend 2.1 zurückzuzahlen;

  c) zu dulden, dass der Versicherer auf seine Kosten die Anlage durch die VdS
SCHADENVERHÜTUNG GmbH jederzeit prüfen lässt. Er hat die dabei ge-
fundenen Mängel unverzüglich zu beseitigen und dies durch ein Zeugnis
der Überwachungsstelle nachzuweisen.

 3. Als Brandschutzanlagen gelten:

  - Sprinkleranlagen,
  - Sprühwasser-Löschanlagen,
  - Gaslöschanlagen,
  - Schaumlöschanlagen,
  - Pulverlöschanlagen,
  - Funkenlöschanlagen,

  sofern diese Anlagen im Versicherungsschein genannt sind und hierfür ein ent-
sprechender Beitragsnachlass gewährt wird.

 4. Verletzt der Versicherungsnehmer diese Obliegenheit, so treten die in den Bedin-
gungen zur Sach- und Ertragsausfall-Police (01/2014) beschriebenen Rechtsfol-
gen ein.

5.12 Beachtung von Sicherheitsvorschriften - ASF und Starkstromanlagen bis 1.000 Volt

  In Ergänzung zu Ziffer 1.8.1 der Bedingungen zur Sach- und Ertragsausfall-Police
(01/2014) gilt:

 1. Dem Vertrag liegen die „Allgemeinen Sicherheitsvorschriften der Feuerversiche-
rer für Fabriken und gewerbliche Anlagen (ASF)" und die „Sicherheitsvorschriften
für Starkstromanlagen bis 1.000 Volt" zu Grunde.

 2. Sie gelten nur insoweit, als es sich um gesetzliche oder behördliche Sicherheits-
vorschriften, die zur Anwendung kommen, handelt.

 3. Zu Ziffer 6.2 und Ziffer 7.1 der ASF gilt: Über den Tagesbedarf hinausgehende
Mengen sind gestattet, soweit dies betriebsüblich ist oder es die betrieblichen



 **MARSH**

Seite 19

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

Notwendigkeiten erfordern und gesetzliche Bestimmungen nicht entgegenste-
hen.

4.    Diese Vereinbarungen gelten nur für die im Versicherungsschein benannten Ver-
sicherungsorte. Diese Vereinbarungen finden keine Anwendung bei

-    Räumen, die nur Wohn-, Büro- oder Sozialzwecken dienen;

-    Gebäuden, soweit der Versicherungsnehmer aufgrund von Miet-, Pacht-,
Leasing- oder ähnlichen Verträgen keinen Einfluss auf die Einhaltung von
Sicherheitsvorschriften hat.

5.    Verletzt der Versicherungsnehmer diese Obliegenheit, so treten die in den Bedin-
gungen zur Sach- und Ertragsausfall-Police (01/2014) beschriebenen Rechtsfol-
gen ein.

5.13    Vorübergehende Außerbetriebnahme von Brandschutzanlagen

Außerbetriebnahmen von Brandschutzanlagen mit einem Unterbrechungszeitraum
von bis zu 12 Stunden müssen dem Versicherer nicht angezeigt werden und gelten
auch nicht als Gefahrerhöhung, soweit geeignete Maßnahmen zur Kompensation der
erhöhten Gefahr, insbesondere die nachfolgenden Maßnahmen, eingehalten werden:

-    Begrenzung der außer Betrieb zu nehmenden Schutz- und Überwachungsberei-
che auf möglichst kleine Abschnitte
-    Brandschutztüren und Feuerschutzklappen sind geschlossen
-    Stellen einer Brandwache oder Bereitstellung von geeigneten Ersatzanlagen (z. B.
mobile Brandmeldeanlage)
-    Benachrichtigung der Werk-/Betriebsfeuerwehr

5.14    Haftungsbegrenzungen

In Ergänzung zu Ziffer 1.10.4 Absatz 1 der Bedingungen zur Sach- und Ertragsaus-
fall-Police (01/2014) gilt:

Limitierte Elementargefahren (z. B. Überschwemmung) oder andere limitierte Schä-
den erfahren hierbei keine Erhöhungen, wenn das Schadenereignis (z. B. der Über-
schwemmungsschaden) auch andere nicht oder höher limitierte versicherte Gefah-
ren/Gefahrengruppen (z. B. einen Kurzschlussfolgebrand durch Überschwemmung)
auslöst.

 **MARSH & McLENNAN**
COMPANIES

 MARSH

Seite 20

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

5.15    Regressverzicht/Verzicht auf Ersatzansprüche

Abweichend zu Ziffer 1.13 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Steht dem Versicherungsnehmer ein Ersatzanspruch gegen einen Dritten zu, geht dieser Anspruch auf den Versicherer über, soweit der Versicherer den Schaden ersetzt. Der Übergang kann nicht zum Nachteil des Versicherungsnehmers geltend gemacht werden.

Im Versicherungsfall bleibt der Versicherungsschutz unberührt, wenn der Versicherungsnehmer einen Anspruch auf Ersatz des Schadens gegen einen Dritten oder ein zur Sicherung des Anspruchs dienendes Recht aufgibt oder im Voraus darauf verzichtet hat. Dies gilt nicht, wenn der Dritte den Schaden vorsätzlich oder grob fahrlässig verursacht hat.

Der Versicherungsschutz bleibt ebenso unberührt, wenn der Versicherungsnehmer vor Eintritt des Versicherungsfalles im Rahmen des Üblichen auf Ersatzansprüche verzichtet hat.

Geht der Anspruch gemäß Absatz 1 auf den Versicherer über, so kann der Versicherer diesen Anspruch nur mit Einwilligung des Versicherungsnehmers geltend machen, es sei denn, dass der Dritte den Schaden vorsätzlich oder grob fahrlässig verursacht hat.

Ein Regress kann jedoch nie gegenüber den jeweiligen Gesellschaftern des Versicherungsnehmers und gegenüber Dritten, an denen die jeweiligen Gesellschafter des Versicherungsnehmers oder der Versicherungsnehmer beteiligt sind, geltend gemacht werden. Dies gilt nicht, wenn diese oder deren Repräsentanten den Schaden vorsätzlich oder grob fahrlässig verursacht haben.

Ein Regress kann ferner nie gegenüber Betriebsangehörigen geltend gemacht werden; dies gilt nicht, wenn diese den Schaden vorsätzlich verursacht haben.

5.16    Zahlung der Entschädigung

Abweichend zu Ziffer 1.14 Absatz 2 und Absatz 3 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Für Sachschäden kann jedoch zwei Wochen nach Anzeige des Schadens als Abschlagszahlung der Betrag beansprucht werden, der nach Lage der Sache mindestens zu zahlen ist.



 MARSH

Seite 21

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

Für Ertragsausfallschäden kann der Betrag in Anrechnung auf die Gesamtleistung beansprucht werden, den der Versicherer für die verflossene Zeit der Unterbrechung mindestens zu vergüten hat.

5.17    Sturm- und Hagelversicherung - Schäden an beweglichen Sachen im Freien.

In Ergänzung zu Ziffer 2.5.2 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Der Versicherungsschutz erstreckt sich nicht auf Schäden an beweglichen Sachen im Freien.

Vorübergehend im Freien befindliche Sachen sind jedoch bis zu drei Monate mitversichert, wenn sie sach- und fachgerecht witterungsgeschützt gelagert werden.

Dieser Ausschluss gilt nicht für selbst fahrende, fahrbare oder transportable Arbeitsmaschinen und Baugeräte.

5.18    Versicherung von Schäden durch Erdsenkung oder Erdrutsch

1.    Die nachfolgende Vereinbarung aus Ziffer 2.9.1 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt gestrichen:

Es besteht Versicherungsschutz auch dann, wenn eine menschliche Einwirkung mittelbar zu einer naturbedingten Bewegung beigetragen hat.

2.    In Ergänzung zu Ziffer 2.9.1 Nr. 3 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Es besteht Versicherungsschutz, sofern ein Abgleiten oder Abstürzen von Gesteins- oder Erdmassen unterstützt wird, weil Gesteins- oder Erdmassen durch Abholzung, Straßenbau oder ähnliche Maßnahmen geschwächt sind.

5.19    Überschwemmungsversicherung

Abweichend zu Ziffer 2.10.1 Nr. 2 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Überschwemmung ist eine Überflutung des Grund und Bodens des Versicherungsortes durch

a)    Ausuferung von oberirdischen (stehenden oder fließenden) Gewässern;



 **MARSH**

Seite 22

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

    b)   Witterungsniederschläge;

    c)   Austritt von Grundwasser an die Erdoberfläche infolge von a) oder b)

und den durch diese Ereignisse verursachten Rückstau aus gebäudeeigenen Ableitungsrohren oder damit verbundenen Einrichtungen innerhalb des Gebäudes.

Versicherungsschutz besteht auch dann, wenn Wasser unterirdisch in ein Gebäude eindringt, nachdem das Wasser durch eines der vorangehend genannten Ereignisse von einer mobilen Hochwasserschutzeinrichtung an der Überflutung des Grund und Bodens gehindert wird.

5.20    Versicherung von Schäden durch unbenannte Gefahren - nicht versicherte Gefahren und Schäden

In Ergänzung zu Ziffer 2.13.2 Nr. 3 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Die Versicherung erstreckt sich ferner nicht auf Schäden entstanden durch

    a)   Setzen, Reißen, Schrumpfen und Dehnen von Gebäuden und Gebäudeteilen einschließlich Hof- und Gehsteigbefestigungen;

    b)   Abnutzung, Alterung; dauernde Einwirkung, korrosive Angriffe oder Abzehrungen;

    c)   Schwamm, Pilze und Schimmel.

5.21    Versicherung von Schäden durch unbenannte Gefahren - nicht versicherte Sachen

Abweichend zu Ziffer 2.13.3 b) der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

    b)   Mikroorganismen, lebende Tiere und lebende Pflanzen.

5.22    Ertragsausfallversicherung - Sachschaden

Abweichend zu Ziffer 3.2 Absatz 1 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Sachschaden ist die Zerstörung oder Beschädigung oder das Abhandenkommen einer dem Betrieb dienenden Sache durch eine gemäß den Besonderen Bestimmungen





Seite 23

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

zum Sachschadenteil versicherte Gefahr. Die dort genannten Ausschlussbestimmungen bleiben unberührt.

5.23    Ertragsausfallversicherung - Ertragsausfallschaden

1.    Abweichend zu Ziffer 3.3 Nr. 1 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Ertragsausfallschaden ist der entgehende Betriebsgewinn und der Aufwand an fortlaufenden Kosten in dem versicherten Betrieb, soweit Gewinn und Kosten durch die Betriebsunterbrechung oder Betriebsbeeinträchtigung während der Haftzeit nicht erwirtschaftet werden können.

2.    Abweichend zu Ziffer 3.3 Nr. 2 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

Der Versicherer leistet auch Ersatz, soweit der Ertragsausfallschaden erheblich vergrößert wird durch behördliche Beschränkungen. Ziffer 1.5.7 findet sinngemäß Anwendung.

Die behördlichen Beschränkungen müssen auf der Grundlage erlassener Gesetze und Verordnungen ergehen und sich auf dem Betrieb dienende Sachen beziehen.

Die Gesamtentschädigung darf jedoch nicht mehr betragen, als sich bedingungsgemäß ergeben würde, wenn die vom Schaden betroffenen, dem Betrieb dienenden oder zu dienen bestimmten Sachen gänzlich zerstört worden wären. Der Versicherungsnehmer tritt für diesen Fall schon jetzt bis zur Höhe eines entschädigten Mehrbetrages der Entschädigung an den Versicherer alle entsprechenden Ansprüche ab, die ihm nach Abzug eines Eigenschadens auf Grund der Entziehung oder Beschränkung noch zustehen.

5.24    Ertragsausfallversicherung - zusätzlich versicherte Kosten

Abweichend zu Ziffer 3.10 Nr. 4 der Bedingungen zur Sach- und Ertragsausfall-Police (01/2014) gilt:

4.    sonstige zusätzliche Kosten, sofern deren Aufwand wirtschaftlich begründet ist, auch wenn sie sich während der Haftzeit nicht oder erst über die Haftzeit hinaus schadenmindernd auswirken. Sonstige zusätzliche Kosten sind abschließend Kosten für:

-    Personal-/Schulungsmaßnahmen,





Seite 24

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

- Abfindungen an ausscheidendes Personal sowie

- den Fortfall einer zuvor gegebenen Netzentgeltbefreiung.



 MARSH

Seite 25

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

6.        **VERTEILUNGSPLAN**

| Versicherer | Anteil in % |
|---|---|
| 1.  HDI Global SE, Essen | 30 |
| 2.  XL Catlin Services SE, Köln | 28 |
| 3.  Swiss Re International SE, Frankfurt | 12,5 |
| 4.  STARR Europe Insurance Limited | 7,5 |
| 5.  VIENNA INSURANCE GROUP, Wien | 18,15 |
| 6.  QBE Re (Europe Limited), Brüssel - über Bowring Marsh, Zurich   - | 3,85 |
| | **100** |



 MARSH

Seite 26

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

### ZEICHNUNGSSEITE

| Versicherer | Anteil in % |
|---|---|
| HDI Global SE, Essen | 30 |

**HDI** HDI Global SE
Huyssenallee 100, 45128 Essen
Deutschland
Telefon +49(0)201-823-0
Telefax +49(0)201-823-2899

Essen                , den 11.02.2021
(Ort, Datum)                                    (Stempel und Unterschrift führender Versicherer)

 MARSH & McLENNAN
COMPANIES



Seite 27

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

### ZEICHNUNGSSEITE

Versicherer                                                                 Anteil in %

XL Catlin Services SE, Köln                                                          28

_____, den _____          _____
(Ort, Datum)                                                    (Stempel und Unterschrift beteiligter Versicherer)





Seite 28

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

### ZEICHNUNGSSEITE

| Versicherer | Anteil in % |
|---|---|
| Swiss Re International SE, Frankfurt | 12,5 |

_____, den _____     _____
(Ort, Datum)                                                          (Stempel und Unterschrift beteiligter Versicherer)





Seite 29

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

### ZEICHNUNGSSEITE

| Versicherer | Anteil in % |
|---|---|
| STARR Europe Insurance Limited | 7,5 |

_____, den _____        _____
(Ort, Datum)                                      (Stempel und Unterschrift beteiligter Versicherer)





Seite 30

SEP-GOLD-VS-Nr.: 14 454409 / 14 454411 / 14 454412 / 14 454413  - **Currenta GmbH & Co. KG**
Gültig ab **01.01.2021**, erstellt am **07.01.2021**

### ZEICHNUNGSSEITE

| Versicherer | Anteil in % |
|---|---|
| Swiss Re International SE, Frankfurt | 12,5 |
| QBE Re (Europe Limited), Brüssel - über Bowring Marsh, Zurich | 3,85 |

_____, den _____     _____

(Ort, Datum)                                                                     (Stempel und Unterschrift beteiligter Versicherer)

