# EXHIBIT 2

 MARSH

PROPERTY AND LOSS OF EARNINGS
POLICY

Currenta GmbH & Co. OHG





Page 2

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

## TABLE OF CONTENTS

**1.     COVER SHEET DETAILS** ....................................................................... 4
**2.     SCOPE OF INSURANCE** ...................................................................... 6
**3.     SUMS INSURED / PREMIUM CALCULATIONS** .................................... 9
**4.     OTHER COSTS, EXPENSES, LIMITATIONS OF LIABILITY,
       DEDUCTIBLES** ...................................................................................10
4.1    Limitations of liability in addition to the total sum insured.................... 10
4.1.1  Property insurance ............................................................................. 10
4.1.2  Loss of earnings insurance ................................................................ 12
4.1.3  Combined for property and loss of earnings insurance ...................... 12
4.2    Limitations of liability within the scope of the total sum insured ......... 12
4.2.1  Combined for property and loss of earnings insurance ...................... 12
4.2.2  Loss of earnings insurance ................................................................ 13
4.3    Waiver of underinsurance .................................................................. 13
**5.     SPECIAL AGREEMENTS AND PROVISIONS** .................................... 14
5.1    Time of damage ................................................................................. 14
5.2    General exclusions - war ................................................................... 14
5.3    Country-specific exclusions - storm/hail ............................................ 14
5.4    Country-specific exclusions - earthquakes ........................................ 14
5.5    Costs for the decontamination of soil ................................................ 15
5.6    Additional costs and acceleration costs ............................................. 15
5.7    Additional costs due to official restrictions ........................................ 15
5.8    Insurance value - delivery of own products ready for delivery ........... 15
5.9    Calculation of compensation ............................................................. 16
5.10   Observance of safety regulations - electrical systems ....................... 16
5.11   Observance of safety regulations - fire protection systems ............... 17
5.12   Observance of safety regulations - ASF and power installations up to
       1,000 volts ........................................................................................ 18
5.13   Temporary decommissioning of fire protection systems ..................... 19
5.14   Limitations of liability ......................................................................... 19
5.15   Waiver of recourse/waiver of claims for compensation ...................... 20
5.16   Payment of compensation .................................................................. 20
5.17   Storm and hail insurance - damage to movable property outdoors ......... 21
5.18   Insurance of damage caused by subsidence or landslide ................... 21
5.19   Flood insurance ................................................................................. 21
5.20   Insurance of damage caused by unnamed perils - uninsured perils and losses 22
5.21   Insurance of damage caused by unnamed perils - uninsured property ............. 22



**MARSH**

Page 3
SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

5.22    Loss of earnings insurance - property damage.......................................................22
5.23    Loss of earnings insurance - loss of earnings damage.........................................23
5.24    Loss of earnings insurance - additional insured costs .........................................23
**6.        DISTRIBUTION PLAN.................................................................................................25**



 **MARSH**

Page 4

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

## 1.     COVER SHEET DETAILS

**PROPERTY AND LOSS OF EARNINGS POLICY**

| | |
|---|---|
| Insurance policy numbers: | 14 454409 Property Fire<br>14 454411 Property EC<br>14 454412 Loss of earnings fire<br>14 454413 Loss of earnings EC |
| Policyholder: | **Currenta GmbH & Co. OHG** |
| Co-insured companies: | All companies, including newly added companies, which are financially, legally or de facto controlled by the policyholder or a subsidiary (direct or indirect holding of more than 50%), or if they are managed by the policyholder or a subsidiary.<br><br>Represented by<br><br>**Currenta GmbH & Co. OHG**<br>**51368 Leverkusen.** |
| Insurance locations: | Kaiser-Wilhelm-Allee 3, 51368 Leverkusen<br>Alfred-Nobel-Straße 50, 40789 Monheim<br>Alte-Heerstraße 4, 41538 Dormagen<br>Rheinuferstraße 7, 47829 Krefeld Uerdingen<br>Friedrich-Ebertstr. 217, 42096 Wuppertal Elberfeld<br>Rheinuferstraße 7, 47829 Krefeld Uerdingen<br>Friedrich-Ebertstr. 217, 42096 Wuppertal Elberfeld<br>Kaiser-Wilhelm-Allee 3, 51368 Leverkusen<br><br>- entire operating complex, in each case - |



 **MARSH**

Page 5

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

| | |
|---|---|
| Contract term: | **11/29/2019** to **01/01/2022**<br>- 12:00 noon in each case -<br><br>The contract is tacitly renewed from year to year if it is not terminated in writing at least three months before expiry. |
| Insurers: | The insurers named in the distribution plan under the leadership of<br><br>**HDI Global SE in Essen** |
| Total sums insured: | According to declarations<br><br>The insurers named in the distribution plan as individual debtors assume the share noted there for them. |
| Premium payment: | **Annual**<br><br>If a premium is shown in the declaration, it is due immediately. The annual premium is due at the beginning of each insurance year. |
| Contractual basis: version | - Terms and conditions of property and loss of earnings policy - GOLD (as of: 01/2014; version dated 10/07/2014) |





Page 6

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

## 2.        SCOPE OF INSURANCE

| SCOPE | PROPERTY DAMAGE | LOSS OF EARNINGS |
|---|---|---|
| **Fire insurance** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitations of liability/ Maximum compensation (HE) combined | EUR 400,000,000 | |
| **Insurance of damage caused by civil unrest, malicious damage, strike or lockout** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitations of liability/ maximum annual compensation (JHE), combined | EUR 100,000,000 | |
| **Insurance of damage caused by vehicle impact, smoke and sonic booms** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/ maximum compensation (HE), combined | EUR 100,000,000 | |
| **Tap water insurance** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/ maximum compensation (HE), Combined | EUR 100,000,000 | |



 **MARSH**

Page 7

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

| SCOPE | PROPERTY DAMAGE | LOSS OF EARNINGS |
|---|---|---|
| **Storm and hail insurance** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/<br>Maximum annual compensation<br>(MEC), combined | EUR 100,000,000 | |
| **Burglary and theft insurance** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/<br>Maximum compensation<br>(HE), combined | EUR 100,000,000 | |
| **Glass breakage insurance** | Insured | Insured<br>24 months liability period |
| - Deductible | EUR 10,000,000 | |
| - Limitation of liability/ maximum<br>compensation, combined | EUR 100,000,000 | |
| **Insurance of damage caused by earthquakes** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/ maximum<br>annual compensation (JHE),<br>combined | EUR 100,000,000 | |
| **Insurance of damage caused by subsidence or landslide** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/ maximum<br>annual compensation (JHE),<br>combined | EUR 100,000,000 | |





Page 8

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

| SCOPE | PROPERTY DAMAGE | LOSS OF EARNINGS |
|---|---|---|
| **Flood insurance** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/<br>Maximum annual compensation<br>(MEC), combined | EUR 100,000,000 | |
| **Insurance of damage caused by snow pressure or avalanches** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/<br>Maximum annual compensation<br>(HE), combined | EUR 100,000,000 | |
| **Insurance of damage caused by volcanic eruption** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/<br>Maximum annual compensation<br>(HE), combined | EUR 100,000,000 | |
| **Insurance of damage caused by additional unnamed risks** | Insured | Insured<br>24 months liability period |
| - Deductible, combined | EUR 10,000,000 | |
| - Limitation of liability/<br>Maximum compensation<br>(HE), combined | EUR 100,000,000 | |





Page 9

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

3.　　　　　**SUMS INSURED / PREMIUM CALCULATIONS**

　　　　　- in accordance with the declarations in the Annex -





Page 10

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

## 4. OTHER COSTS, EXPENSES, LIMITATIONS OF LIABILITY, DEDUCTIBLES

4.1     Limitations of liability in addition to the total sum insured

The percentage calculation of a limitation of liability in this clause is based on the sum insured in the declarations. If an overall declaration exists, this shall be the sole basis for calculation.

4.1.1   Property insurance

The following are insured free of premiums at first risk (sublimation)

- Samples/models
- Cash, securities and other documents
- Property of company employees
- Motor vehicles of company employees and visitors
- Business documents and other data carriers

|  | EUR | 7,500,000.00 |

- Clean-up, demolition and disposal costs
- Costs for traffic safety measures
- Extended loss minimization costs
- Movement and protection costs
- Demolition, clean-up, disposal and insulation costs of radioactively contaminated property (including salvage costs of radioactive emitters)
- Costs for the decontamination of soil
- Costs of damage assessment
- Management costs

|  | EUR | 25,000,000.00 |





Page 11

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

| | | |
|---|---|---|
| Costs for traffic safety measures within this item, up to a maximum of | | EUR 500,000.00 |
| Additional costs and acceleration costs up to an amount of | | EUR 1,250,000.00 |

- Additional costs due to technological advances
- Price differences
- Additional costs due to official restrictions
- Restoration costs for business documents and other data carriers | | EUR 12,500,000.00

| | | |
|---|---|---|
| Ecological measures up to an amount of | | EUR 2,500,000.00 |

The insurance also covers a higher liability amounting to 10% of the sum insured, up to a maximum of     EUR     10,000,000.00
This also applies to changes in the portfolio of the current insurance year.

Limitations of liability for Section 2.6.2 of the terms and conditions of the property and loss of earnings policy (01/2014) in accordance with

| | | | |
|---|---|---|---|
| -No. 2 a) | Damage to buildings | EUR | 50,000.00 |
| -No. 2 b) | Showcases and display cases | EUR | 50,000.00 |
| -No. 2 ca) | Lock changes | EUR | 100,000.00 |
| -No. 2 cb) | Lock changes | EUR | 15,000.00 |
| -No. 2 da) | Cash, securities, jewelry, etc. within the insured locations | EUR | 30,000.00 |
| -No. 2 db) | Cash, securities, jewelry, etc. outside the insured locations | EUR | 15,000.00 |
| -No. 2 ea) | Cash, securities, jewelry, etc. in safe deposit boxes, etc. | EUR | 25,000.00 |





Page 12

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

|  |  |  |  |
|---|---|---|---|
| -No. 2 eb) | Cash, securities, jewelry, etc. in other containers | EUR | 5,000.00 |
| -No. 2 f) | Costs for provisional repair work | EUR | 50,000.00 |

4.1.2    Loss of earnings insurance

In addition to the total sum insured, the following are also insured free of premiums, including subsequent liability at first risk

- Contractual and conventional penalties
- Loss of value and additional costs
- Additional holding time costs and similar costs
- Costs of damage assessment
- Other additional costs                                       EUR 2,500,000.00


4.1.3    Combined for property and loss of earnings insurance

Additional loss-related additional tax expenses pursuant
to Section 1.5.13 of the terms and conditions of property
and casualty insurance.
Loss of earnings policy (01/2014)                             EUR 3,000,000.00

4.2      Limitations of liability within the scope of the total sum insured

4.2.1    Combined for property and loss of earnings insurance

Other insurance locations

- within Germany                                             EUR 10,000,000.00

- outside Germany, within Europe                            EUR 2,500,000.00

- outside Europe                                            EUR 1,000,000.00

Surge damage pursuant to Section 2.1.1 No. 3
of the terms and conditions of the property and loss of earnings
policy (01/2014)                                            EUR 150,000.00

Additional water consumption pursuant to Section 2.4.1 No. 2 para. 4





Page 13

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

| | | |
|---|---|---|
| of the terms and conditions of the property and loss of earnings policy (01/2014) | EUR 20,000.00 |

4.2.2      Loss of earnings insurance

4.2.2.1      Loss of earnings due to property damage to third-party data processing systems pursuant to Section 3.2 paragraph 3 of the terms and conditions of the property and loss of earnings policy (01/2014)

| | | |
|---|---|---|
| -within Germany | EUR | 10,000,000.00 |
| -outside Germany, within Europe | EUR | 2,500,000.00 |
| -outside Europe | EUR | 1,000,000.00 |

4.2.2.2      Retroactive damage pursuant to Section 3.8 of the terms and conditions of the property and loss of earnings policy (01/2014)

due to material damage at an unnamed supplier/customer

| | |
|---|---|
| -      within Europe | EUR 12,500,000.00 |
| -      outside Europe | EUR 1,000,000.00 |

Contrary to the aforementioned limitations of liability for retroactive losses, liability for Section 3.8 paragraph 4 of the terms and conditions of the property and loss of earnings policy (01/2014) - loss of third-party supply and disposal services - is limited to                                                    EUR 10,000,000.00

4.2.2.3      Loss of earnings damage due to obstructions pursuant to Section 3.9 of the terms and conditions of the property and earnings insurance policy (01/2014)                                                    EUR 12,500,000.00

4.3      Waiver of underinsurance pursuant to Section 1.6.9 of the terms and conditions of the property and loss of earnings policy (01/2014)

- combined for loss of property and loss of earnings -      EUR 5,000,000.00



 **MARSH**

Page 14

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

**5.**       **SPECIAL AGREEMENTS AND PROVISIONS**

5.1       Time of damage

      If the time of occurrence of the property damage cannot be objectively determined, the time at which the property damage was recognizable to the policyholder at the earliest according to the recognized rules of technology shall apply.

5.2       General exclusions - war

      Contrary to Section 1.3.1 a) of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

      Damage caused by war or warlike events, civil war, rebellion, revolution or insurrection; however, explosion damage as a result of past wars or warlike events within the Federal Republic of Germany is insured.

5.3       Country-specific exclusions - storm/hail

      In addition to Section 1.3.2 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

      Damage caused by storm/hail is not insured, irrespective of contributory causes

      -    in the USA

5.4       Country-specific exclusions - earthquakes

      In addition to Section 1.3.2 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

      Irrespective of contributory causes, the insurance does not cover damage caused by earthquakes in

      -    Chile
      -    Ecuador
      -    Greece
      -    Italy
      -    Japan
      -    Colombia



 **MARSH**

Page 15

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

- Mexico
- New Zealand
- Peru
- Portugal
- Taiwan
- Turkey
- the US states of California, Oregon, Washington, Arkansas, Illinois, Indiana, Kentucky, Mississippi, Missouri or Tennessee

5.5      Costs for the decontamination of soil

Contrary to Section 1.5.2 No. 2 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

If an existing contamination of the soil is increased by the insured event, only expenses exceeding the amount required to remove the existing contamination shall be reimbursed, irrespective of whether and when this amount would have been spent without the loss event.

The costs not to be reimbursed hereunder shall be determined by experts if necessary.

5.6      Additional costs and acceleration costs

Contrary to Section 1.5.3 No. 1 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

The text passage "realization of an insured risk" shall be replaced by "an insured event."

5.7      Additional costs due to official restrictions

In addition to Section 1.5.7 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

If the restoration is carried out elsewhere regardless of official restoration restrictions, the additional costs will only be reimbursed to the extent that they would have been incurred if the restoration had been carried out at the previous location.

5.8      Insurance value - own products ready for delivery

Contrary to Section 1.6.1 No. 4 a) paragraph 1 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:





Page 16

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

The insurance value of products manufactured in whole or in part by the policyholder and ready for delivery but not yet sold is the achievable sales price less the costs saved due to non-delivery, but at least the amount for the costs of the actual new manufacture.

5.9        Calculation of compensation

Contrary to Section 1.6.2 paragraph 2 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

Residual values are taken into account. Official restrictions are taken into account within the scope of Section 1.5.7.

5.10      Observance of safety regulations - electrical systems

In addition to Section 1.8.1 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

1.    The policyholder must have the electrical installations inspected annually, and if possible within the first three months of each insurance year, at its own expense by an inspection body recognized by VdS SCHADENVERHÜTUNG GmbH or by an equally qualified inspection body and have a certificate issued. The certificate must specify a period within which defects must be rectified and deviations from the recognized rules of electrical engineering, in particular the relevant VDE regulations, must be remedied.

2.    The policyholder must send the certificate to the insurer without delay, rectify the defects in due time and then notify the insurer.

3.    If electrical systems are inspected by specialist (electrical) engineers on behalf of an authority, their inspection shall also satisfy the provisions of No. 1 and No. 2.

4.    If no significant defects are found during an audit/inspection, the insurer shall waive the next inspection due.

5.    The above provisions do not apply to low-voltage systems up to 65 volts and not to high-voltage systems of 1,000 volts or more.





Page 17

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

6. These agreements only apply to the insurance locations specified in the insurance policy. These agreements do not apply to

- rooms that are only used for residential, office or social purposes;

- buildings, insofar as the policyholder has no influence on compliance with safety regulations on the basis of rental, hiring, leasing or similar contracts.

7. If the policyholder breaches this obligation, the legal consequences described in the terms and conditions of the property and loss of earnings policy (01/2014) shall apply.

5.11 Observance of safety regulations - fire protection systems

In addition to Section 1.8.1 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

1. The following applies to fire protection systems already approved by VdS SCHADENVERHÜTUNG GmbH:

The systems must at all times comply with the regulations that applied to the construction of the systems in all parts, unless VdS SCHADENVERHÜTUNG GmbH has approved deviations in writing or a reduced contribution discount applies.

2. The policyholder must

a) maintain and operate the system in proper condition and notify the insurer immediately in order to avoid forfeiture of claims if impairments occur to the system, even if this only partially renders the system ineffective. In such cases, the policyholder must have the system repaired as quickly as possible, taking the necessary increased care. If an impairment lasts longer than three days or if the policyholder does not act in accordance with the regulations during this time, it must repay the proportionate premium reduction for the duration of the impairment if the impairment is not remedied in accordance with the regulations through the fault of the policyholder;

If the policyholder is not at fault, the premium reduction shall only be repaid from the 31st day;





Page 18

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

> b)  have the entire system inspected at its own expense at least once every calendar year by an inspection body recognized by the insurers, to remedy any defects immediately and to provide evidence of compliance with these obligations in the form of a certificate from the inspection body. If it violates these obligations, it must repay the premium discount in accordance with 2.1;
>
> c)  allow the insurer to have the system inspected by VdS SCHADENVERHÜTUNG GmbH at its own expense at any time. It must remedy any defects found immediately and provide evidence of this in the form of a certificate from the inspection body.

3.  The following are considered fire protection systems:

    -  Sprinkler systems,
    -  Water spray extinguishing systems,
    -  Gas extinguishing systems,
    -  Foam extinguishing systems,
    -  Powder extinguishing systems,
    -  Spark extinguishing systems,

    insofar as these systems are named in the insurance policy and a corresponding premium discount is granted for them.

4.  If the policyholder breaches this obligation, the legal consequences described in the terms and conditions of the property and loss of earnings policy (01/2014) shall apply.

5.12  Observance of safety regulations - ASF and power installations up to 1,000 volts

In addition to Section 1.8.1 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

1.  The contract is based on the "General Safety Regulations of Fire Insurers for Factories and Commercial Installations (ASF)" and the "Safety Regulations for Power Installations up to 1,000 Volts."

2.  They only apply insofar as they are statutory or official safety regulations that are applicable.

3.  The following applies to Section 6.2 and Section 7.1 of the ASF: Quantities in excess of the daily requirement are permitted insofar as this is customary in





Page 19

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

the business or required by operational necessities and does not conflict with statutory provisions.

4.  These agreements only apply to the insurance locations specified in the insurance policy. These agreements do not apply to

    -   rooms that are only used for residential, office or social purposes;

    -   buildings, insofar as the policyholder has no influence on compliance with safety regulations due to rental, hiring, leasing or similar contracts.

5.  If the policyholder breaches this obligation, the legal consequences described in the terms and conditions of the property and loss of earnings policy (01/2014) shall apply.

5.13    Temporary decommissioning of fire protection systems

The insurer does not have to be notified if fire protection systems are taken out of operation for a period of up to 12 hours, nor does this constitute an increase in risk, provided that suitable measures to compensate for the increased risk, in particular the following measures, are observed:

-   Limiting the protection and monitoring areas to be decommissioned to the smallest possible sections
-   Fire doors and fire dampers are closed
-   Provision of a fire watch or provision of suitable replacement systems (e.g., mobile fire alarm system)
-   Notification of the plant/company fire department

5.14    Limitations of liability

In addition to Section 1.10.4 paragraph 1 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

Limited natural hazards (e.g., flooding) or other limited losses are no increased if the loss event (e.g., the flooding loss) also triggers other non-limited or higher-limited insured hazards/risk groups (e.g., a short-circuit fire caused by flooding).





Page 20

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

5.15        Waiver of recourse/waiver of claims for compensation

Contrary to Section 1.13 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

If the policyholder has a claim for compensation against a third party, this claim is transferred to the insurer insofar as the insurer covers the loss. The transfer cannot be asserted to the detriment of the policyholder.

In case of an insured event, the insurance coverage remains unaffected if the policyholder gives up or waives in advance a claim for compensation for the damage against a third party or a right serving to secure the claim. This does not apply if the third party has caused the damage intentionally or through gross negligence.

The insurance coverage also remains unaffected if the policyholder has waived claims for compensation before the occurrence of the insured event within the scope of what is customary.

If the claim is transferred to the insurer in accordance with paragraph 1, the insurer may only assert this claim with the consent of the policyholder, unless the third party caused the damage intentionally or through gross negligence.

However, recourse can never be asserted against the respective shareholders of the policyholder and against third parties in which the respective shareholders of the policyholder or the policyholder have an interest. This does not apply if they or their representatives have caused the damage intentionally or through gross negligence.

Furthermore, recourse can never be asserted against company employees; this does not apply if they have caused the damage intentionally.

5.16        Payment of compensation

Contrary to Section 1.14 paragraph 2 and paragraph 3 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

For material damage, however, two weeks after notification of the damage, the minimum amount to be paid according to the circumstances of the case may be claimed as a deduction.





Page 21

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

For loss of earnings claims, the minimum amount to be paid by the insurer for the period of interruption can be offset against the total benefit.

5.17    Storm and hail insurance - damage to movable property outdoors.

In addition to Section 2.5.2 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

The insurance coverage does not extend to damage to movable property outdoors.

However, items temporarily stored outdoors are covered for up to three months if they are stored properly and professionally protected from the weather.

This exclusion does not apply to self-propelled, mobile or transportable work machines and construction equipment.

5.18    Insurance of damage caused by subsidence or landslide

1.    The following agreement from Section 2.9.1 of the terms and conditions of the property and loss of earnings policy (01/2014) is deleted:

Insurance coverage is also provided if a human impact has indirectly contributed to a natural movement.

2.    In addition to Section 2.9.1 No. 3 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

Insurance coverage is provided if a slide or fall of rock or earth masses is supported because rock or earth masses are weakened by deforestation, road construction or similar measures.

5.19    Flood insurance

Contrary to Section 2.10.1 No. 2 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

Flooding is the inundation of the land and soil of the insurance location by

a)    Overflow of surface waters (standing or flowing);



 **MARSH**

Page 22

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

> b)    Weather precipitation;
>
> c)    Leakage of groundwater to the earth's surface as a result of a) or b)
>
> and the backflow caused by these events from the building's own drainage pipes or associated facilities within the building.
>
> Insurance coverage is also provided if water penetrates underground into a building after the water is prevented from flooding the land by a mobile flood protection device as a result of one of the aforementioned events.

5.20    Insurance of losses caused by unnamed perils - uninsured perils and losses

> In addition to Section 2.13.2 No. 3 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:
>
> Furthermore, the insurance does not cover damage caused by
>
> a)    Settling, tearing, shrinking and stretching of buildings and parts of buildings including yard and sidewalk reinforcements;
>
> b)    Wear, aging; continuous exposure, corrosive attacks or erosion;
>
> c)    Sponge, fungi and mold.

5.21    Insurance of damage caused by unnamed perils - uninsured property

> Contrary to Section 2.13.3 b) of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:
>
> b)    Microorganisms, living animals and living plants.

5.22    Loss of earnings insurance - property damage

> Contrary to Section 3.2 paragraph 1 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:
>
> Property damage is the destruction of, damage to or loss of an item used for business purposes as a result of a risk insured in accordance with the special provisions for the



 **MARSH**

Page 23

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

property damage section. The exclusion provisions stated there remain unaffected.

5.23    Loss of earnings insurance - loss of earnings damage

1.    Contrary to Section 3.3 No. 1 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

Loss of earnings damage is the loss of operating profit and the expenditure on ongoing costs in the insured business, insofar as profit and costs cannot be earned due to the business interruption or business impairment during the period of liability.

2.    Contrary to Section 3.3 No. 2 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

The insurer shall also provide compensation if the loss of earnings damage is significantly increased by official restrictions. Section 1.5.7 shall apply mutatis mutandis.

The official restrictions must be imposed on the basis of enacted laws and regulations and relate to items serving the business.

However, the total compensation may not amount to more than would have resulted according to the terms and conditions if the property affected by the loss and serving or intended to serve the business had been completely destroyed. In this case, the policyholder hereby assigns to the insurer all corresponding claims to which it is still entitled after deduction of its own loss due to the seizure or restriction up to the amount of any additional compensation.

5.24    Loss of earnings insurance - additional insured costs

Contrary to Section 3.10 No. 4 of the terms and conditions of the property and loss of earnings policy (01/2014), the following applies:

4.    other additional costs, insofar as their expenditure is economically justified, even if they do not have a loss-reducing effect during the period of liability period or only after the period of liability period. Other additional costs are conclusively costs for:

-    personnel/training measures,





Page 24

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

- severance payments to departing staff and

- the discontinuation of a previously granted exemption from grid fees.





Page 25

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

6.        **DISTRIBUTION PLAN**

| | Insurer | Share in % |
|---|---|---|
| 1. | HDI Global SE, Essen | 30 |
| 2. | XL Catlin Services SE, Cologne | 28 |
| 3. | Swiss Re International SE, Frankfurt | 12.5 |
| 4. | STARR Europe Insurance Limited | 7.5 |
| 5. | VIENNA INSURANCE GROUP, Vienna | 18.15 |
| 6. | QBE Re (Europe Limited), Brussels - via Bowring Marsh, Zurich   - | 3.85 |
| | | **100** |





Page 26

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

**SUBSCRIPTION PAGE**

| Insurer | Share in % |
|---|---|
| HDI Global SE, Essen | 30 |



Essen, dated February 11, 2021                    [signatures]

(Place, date)                                     (stamp and signature of leading insurer)





Page 27

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

### SUBSCRIPTION PAGE

| Insurer | Share in % |
|---|---|
| XL Catlin Services SE, Cologne | 28 |

_____ dated _____     _____
(Place, date)                                              (Stamp and signature of insurers involved)





Page 28

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

### SUBSCRIPTION PAGE

| Insurer | Share in % |
|---|---|
| Swiss Re International SE, Frankfurt | 12.5 |

| | |
|---|---|
| _____ dated _____ | _____ |
| (Place, date) | (Stamp and signature of insurers involved) |





Page 29

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

### SUBSCRIPTION PAGE

| Insurer | Share in % |
|---|---|
| STARR Europe Insurance Limited | 7.5 |

_____ dated _____

(Place, date)                                                      (Stamp and signature of insurers involved)





Page 30

SEP-GOLD VS No.: 14 454409 / 14 454411 / 14 454412 / 14 454413 - **Currenta GmbH & Co. KG**
Valid from **01/01/2021**, created on **01/07/2021**

### SUBSCRIPTION PAGE

| Insurer | Share in % |
|---|---|
| Swiss Re International SE, Frankfurt | 12.5 |
| QBE Re (Europe Limited), Brussels - via Bowring Marsh, Zurich | 3.85 |

_____ dated _____        _____
(Place, date)        (Stamp and signature of insurers involved)

