# EXHIBIT 3

Description of waste streams (residues from production of organophosphate insecticides)

FMC Production Site Ronland September 2019. Updated November 2019     **Dokument 1**

| 6567 | MP1-remanens / MP1 residue | | |
|---|---|---|---|
| Identification | MP1-remanens / MP1 residue | Stamkort: 6567 | |
| Volume | Per week:<br>Not applicable | Per month:<br>Variable 2-209 MT<br>See separate sheet with 2020 forecast | 1048 MT in 2020 (forecast) |
| Description | Waste stream from production of O,O'-dimethyl dithiophosphate (CAS RN 756-80-9). The material contains a mixture of methyl ester derivatives of dithiophosphoric acid. (Carbon, Hydrogen, Oxygen, Phosphorus, Sulfur) | | |
| | phosphorodithioic acid, 0,0-dimethyl ester (MP1) | CAS RN 756-80-9 | Approx. 45 - 55% |
| | Tetramethyl thiodiphosphate (MP-11/2) | CAS RN 5930-73-4 | Approx. 15-25% |
| | O, O-dimethylthiophosphit (MP1-S) | CAS RN 5930-72-3 | Approx. 10-20% |
| | Similar substances | N/A | Approx. 0-15% |
| | Sulfur and halogen? | Yes, sulfur | Sulfur content:<br>Range: 25-35<br>Typical: 30 |
| Origin | Production of refined MP1 for production of malathion, dimethoate | P1-refinery | |
| Properties | Liquid/Solid | Liquid | |
| | Phase separated (yes/no) | No | |
| | Strong odor (yes/no) | Yes | |
| | Dust (yes/no) | No | |
| | Can be pumped at 15 °C (yes/no) | Yes | |
| | pH | Acidic | |
| | Other properties | May form H2S upon storage, reacts with water and forms H2S.<br>Must be stored at temperatures < 40 °C due to risk of cracking<br>Keep out of direct sunlight | |
| Classification | Classification (GHS) (MP1) | Flam. Liq. 3 (H226) Flammable liquid and vapour | |
| | | Met. Corr. 1 (H290) May be corrosive to metals | |
| | | Acute Tox. 4 (H302) Harmful if swallowed | |
| | | Acute Tox. 4 (H332) Harmful if inhaled | |
| | | Skin Corr. 1B (H314) Causes severe skin burns and eye damage | |

## Description of waste streams (residues from production of organophosphate insecticides)

FMC Production Site Ronland. September 2019. Updated November 2019

|  |  |  |  |
|---|---|---|---|
|  |  | Repr. 2 (H361f) Suspected of damaging fertility |  |
|  |  | Aquatic Chronic 3 (H412) Harmful to aquatic life with long lasting effects |  |
|  | EAK code | 07-04-08 |  |
| Transport | Packaging | IBC |  |
|  | Shipment | By road (truck) |  |
|  | Proper shipping name | CORROSIVE LIQUID, ACIDIC, ORGANIC, N.O.S. (O,O-DIMETHYL PHOSPHORODITHIOIC ACID) |  |
|  | Class | 8 |  |
|  | Packaging group | II |  |
|  | UN Code | UN 3265 |  |