# EXHIBIT 4

Privileged and Confidential
Attorney Work Product
Selected by External Legal Counsel

Anlage 1.3 (a)-3
8.1

## Data entry form    INDAVER

**General**

Application number:
Notification:

Waste producer:
Waste designation:     6567 (MP1-residue)
Form of delivery:      TC (tank container) or IBC (approx. 1 m3) by road
Amount per year:       2500 MT     Continuous/single delivery Continuous

**Responsible chemical/technical contact:**

E-mail:
Emergency phone number:

**Waste data**

1.     **Chemical composition (include all components, total 100%)**

| Designation | CAS no. | Mass fraction in % | | |
| | | min. | max. | medium |
|---|---|---|---|---|
| phosphorodithioic acid, 0,0-dimethyl ester (MP1) | 756-80-9 | 45 | 55 | 50 |
| Tetramethyl thiodiphosphate (MP-11/2) | 5930-73-4 | 15 | 25 | 20 |
| O, O-dimethylthiophosphite (MP1-S) | 5930-72-3 | 10 | 20 | 15 |
| Similar substances | - | 0 | 15 | 15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Chlorine:                                                <0*    %
Fluorine:                                                < 0*   %
Bromine:                                                 < 0*   %
Iodine:                                                  < 0*   %
Sulphur:                                                 <35    %
Phosphorus:                                              < 25   %
Total sodium/potassium/lithium/magnesium:                < 0*   % (in total)
Zinc:                                                    < 0*   %
Total cadmium, thallium:                                 < 0*   mg/kg (in total)
Total heavy metals (Pb, Cr, V, Sb, Se, Co, Ni, Sn, Mn, Cu):   < 0    % (in total)
Mercury:                                                 < 0*   mg/kg
Organically bound silicon:                               < 0*   %
Ammonium:                                                < 0*   %

*No data available. Expected to be <0% due to nature of waste fraction.

Privileged and Confidential
Attorney Work Product
Selected by External Legal Counsel

82

### GHS labelling analogous to CLP Regulation:

H statements: H226, H290, H302, H332, H314, H361f, H412

P statements: P261, P272, P280, P305+P351+P338, P310, P501

**2.    Description of waste**

Colour: Dark brown

Smell:  Hydrogen sulfide-like (rotten eggs)

Condition at delivery temperature:

☐ semi-solid    ☐ solid    ☐ dusty    ☐ liquid    X    ☐ pasty/sludgy

Undissolved solid content in weight%:  0            particle size: N/A

Boiling point °C: No data.

Melting point °C: No data; from experience: <0 °C

Calorific value kJ/kg: 19.8 kJ/g (19.8 MJ/kg)

pH value: No data / acidic (for pure MP1: 0,3 in 10% aqueous suspension)

Density: No data. Approx. 1.25 g/ml (density for pure MP1 is 1.29 mg/l)

**Waste must be heated:**    ☐  yes  ☐  no X

If yes, to what temperature in  °C: Not applicable

Melting temperature °C: Not applicable; from experience <0 °C

Decomposition temperature °C : > 50 °C

Filling temperature °C: <40 °C

Transport temperature °C: <40 °C

Maximum handling temperature °C: <40 °C

Lengthy provision possible at filling temperature without changes/secondary reactions:
        ☐  yes ☐  no No secondary reactions foreseen

Minimum temperature °C at which no changes (e.g. crystallisation) occur: No data; from experience <0 °C

**3.    Physical properties**

Ignition temperature °C : No data (314 °C for pure MP1)

Flashpoint °C: No data (64 °C for pure MP1). The material will release small amounts of hydrogen sulfide, a flammable gas, and measures should be taken to avoid static electricity and ignition sources during handling.

Vapour pressure at delivery temperature (mbar): No data (0,7 mbar at 39°C for pure MP1)

Viscosity at 20° C:     No data            Viscosity at 0 - 5° C: No data

Privileged and Confidential
Attorney Work Product
Selected by External Legal Counsel

*83*

4.    Reactivity

a) Miscibility with water:           ☐ yes ☐ no **No**

Reaction with water:                  ☐ yes ☐ no **Yes**

    Heating                              ☐ yes ☐ no **Yes**

    Reaction                             ☐ yes ☐ no **Yes**

    Violent reaction                     ☐ yes ☐ no **Yes**

    Spontaneous decomposition  ☐ yes ☐ no **No**

b) Is the waste:

Self-igniting in air:            ☐ yes   ☐ no **No**

Igniting/oxidising properties:   ☐ yes   ☐ no **No**

Sensitive to impact/friction:    ☐ yes   ☐ no **No**

An explosion hazard:             ☐ yes   ☐ no **No**

Corrosive to metal:              ☐ yes   ☐ no **Yes**

c) Is there a danger of:

Peroxide formation:              ☐ yes ☐ no **NO**

Polymerisation:                  ☐ yes ☐ no **NO**

If yes, under what conditions: Not applicable

d) Are other reactions (with other media) known:   ☐ yes ☐ no **NO**

If so, which: Not applicable

Has the waste fully reacted?     ☐ yes ☐ no **YES**

Have reaction inhibitors been added?   ☐ yes ☐ no **No**

e) Do dangerous decomposition products develop with unprotected work materials:
☐ yes ☐ no **YES**

If so, which: The waste fraction is acidic may react with certain metals including iron

5.    **Packaging and external dispatching**

Suitable work material for tank trailers: Säkaphen lining (tank container); Refrigeration; deep tube

Suitable work material for seals: Teflon or graphite

Intended UN no.: 3265

Privileged and Confidential
Attorney Work Product
Selected by External Legal Counsel

ADR no. (Kemler number): 8;  (Class 8, Packaging group II)

Proper shipping name: CORROSIVE LIQUID, ACIDIC, ORGANIC, N.O.S. (0,0-DIMETHYL PHOSPHORODITHIOIC ACID)

Technical connections:

| | | | | |
|---|---|---|---|---|
| Vapour: | ❑ Flange | DN25 | ❑ Other (*please specify*): |
| Condensate: | ❑ Flange | DN25 | ❑ Other (*please specify*): |
| Nitrogen: | ❑ Flange | DN25 | ❑ Other (*please specify*): |
| Outlet: | ❑ Flange | DN80 | ❑ Other (*please specify*): |
| Riser pipe: | ❑ Flange | DN80 | ❑ Other (*please specify*): |

The above details will be agreed. FMC normally uses connection in standard dimensions and will adapt to meet Indaver's requirements.

6.    Safety measures

Hand protection: Chemical resistant gloves

Facial protection: Safety glasses or face shield

Respiratory protection: Required if handled in area without ventilation (A2B2E2K2HgP3)

Body protection: Chemical resistant coverall

Other: Chemical resistant footwear

Other information/remarks about the waste (e.g. details of the production/formation process, storage, pre-treatment or experience to date)

Documentation:

SDS

Signature of the responsible chemical/technical contact (see page 1):

Town/date:                                Signature: