IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>      Plaintiffs,<br><br>   v.<br><br>FMC CORPORATION,<br><br>      Defendant. | C.A. No. 24-_____<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff HDI GLOBAL SE, makes the following disclosure:

HDI GLOBAL SE is a German corporation with its principal place of business in Germany.

HDI Global SE is a wholly owned subsidiary of Talanx, a German multinational financial services company headquartered in Hanover, Germany.

Talanx is wholly owned by Talanx AG.  The largest majority shareholder of Talanx AG is HDI V.a.G., a mutual insurance company which is not publicly traded.  HDI V.a.G. owns 77% of the shares in Talanx AG.  The remaining 23% or so of Talanx AG shares are in free float -- meaning they are publicly traded on European exchanges.  However, apart from HDI V.a.G., no entity holds more than 10% of Talanx AG's shares.

Dated: July 26, 2024

        **SMITH KATZENSTEIN & JENKINS LLP**

        */s/ Daniel A. Taylor*
        Robert K. Beste (No. 3931)
        Daniel A. Taylor (No. 6934)
        1000 West Street, Suite 1501
        Wilmington, DE 19801
        (302) 652-8400
        rkb@skjlaw.com
        dat@skjlaw.com

        *Attorneys for Plaintiffs*