# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>      Plaintiffs,<br><br>      v.<br><br>FMC CORPORATION,<br><br>      Defendant. | C.A. No. 24-_____<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff QBE EUROPE SA/NV, makes the following disclosure:

QBE Europe SA/NV is a Belgian corporation with its principal place of business in Belgium.

QBE Europe SA/NV is wholly owned by QBE Holdings (EO) Ltd.

QBE Holdings (EO) Ltd. is wholly owned by QBE European Operations plc.

QBE European Operations plc is wholly owned by QBE Insurance Holdings Pty Limited.

QBE Insurance Holdings Pty Limited is wholly owned by QBE Insurance Group Limited.

QBE Insurance Group Limited is publicly traded on the Australian Securities Exchange. On information and belief no entity owns more than 10% of QBE Insurance Group Limited's shares.

Dated: July 26, 2024

                **SMITH KATZENSTEIN & JENKINS LLP**

                */s/ Daniel A. Taylor*
Robert K. Beste (No. 3931)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rkb@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiffs*