# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>                Plaintiffs,<br><br>         v.<br><br>FMC CORPORATION,<br><br>                Defendant. | C.A. No. 24-_____<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff STARR EUROPE INSURANCE LIMITED makes the following disclosure:

Starr Europe Insurance Limited is a Maltese corporation with its principal place of business in Malta.

Starr Holdings (Malta) Limited is the parent company of Starr Europe Insurance Limited, owning 100% of its shares.

Starr Holdings (Malta) Limited is not publicly traded.

Dated: July 26, 2024

                            **SMITH KATZENSTEIN & JENKINS LLP**

                            */s/ Daniel A. Taylor*
                            Robert K. Beste (No. 3931)
                            Daniel A. Taylor (No. 6934)
                            1000 West Street, Suite 1501
                            Wilmington, DE 19801
                            (302) 652-8400
                            rkb@skjlaw.com
                            dat@skjlaw.com

                            *Attorneys for Plaintiffs*