IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>       Plaintiffs,<br><br>   v.<br><br>FMC CORPORATION,<br><br>       Defendant. | C.A. No. 24-_____<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff SWISS RE INTERNATIONAL SE, makes the following disclosure:

Swiss Re International SE, is incorporated and headquartered in Luxembourg.

Swiss Re International SE is wholly owned by Swiss Re Corporate Solutions Holding (Switzerland).

Swiss Re Corporate Solutions Holding. is wholly owned by Swiss Reinsurance Company Ltd. (Switzerland).

Swiss Reinsurance Company Ltd. is wholly owned by Swiss Re Ltd. (Switzerland), a publicly traded company on European exchanges.

Dated: July 26, 2024

                                        **SMITH KATZENSTEIN & JENKINS LLP**

                                        */s/ Daniel A. Taylor*
Robert K. Beste (No. 3931)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rkb@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiffs*