# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>        Plaintiffs,<br><br>    v.<br><br>FMC CORPORATION,<br><br>        Defendant. | C.A. No. 24-_____<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff VIENNA INSURANCE GROUP makes the following disclosure:

Vienna Insurance Group is an Austrian corporation with its principal place of business in Austria.

Wiener Städtische Wechselseitiger Versicherungsverein – Vermögensverwaltung – Vienna Insurance Group ("**WSWV**") owns approximately 72% of Vienna Insurance Group's stock. WSWV is a mutual insurance association which, by virtue of its legal form, has neither a parent company nor shareholders, and is not publicly traded.

The remaining 28% of Vienna Insurance group's stock is publicly traded on European exchanges.  However, apart from WSWV, no entity holds more than 10% of Vienna Insurance Group's shares.

Dated: July 26 2024

          **SMITH KATZENSTEIN & JENKINS LLP**

          */s/ Daniel A. Taylor*
          Robert K. Beste (No. 3931)
          Daniel A. Taylor (No. 6934)
          1000 West Street, Suite 1501
          Wilmington, DE 19801
          (302) 652-8400
          rkb@skjlaw.com
          dat@skjlaw.com

          *Attorneys for Plaintiffs*