**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE Europe SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>  Plaintiffs,<br><br>  v.<br><br>FMC CORPORATION,<br><br>  Defendant. | C.A. No. 24-878-RGA |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Jarett M. Smith, and Christopher R. Schaedig of DENENBERG TUFFLEY, PLLC, to represent Plaintiffs in the above-captioned matter.

Dated:  July 31, 2024

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Robert K. Beste (No. 3931)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rbeste@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiffs*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admissions *Pro Hac Vice* of Jarett M. Smith, and Christopher R. Schaedig is GRANTED.

Dated:  _____, 2024

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan, the United States District Court for the Eastern District of Michigan, and the United States District Court for the Western District of Michigan. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 31, 2024

*/s/ Jarett M. Smith*
Jarett M. Smith
DENENBERG TUFFLEY, PLLC
28411 Northwestern Highway, Ste. 600
Southfield, Michigan 48034
(248) 549-3900
jsmith@dt-law.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Michigan and Missouri, and the United States District Court for the Eastern District of Michigan. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 31, 2024

*/s/ Christopher R. Schaedig*
Christopher R. Schaedig
DENENBERG TUFFLEY, PLLC
28411 Northwestern Highway, Ste. 600
Southfield, Michigan 48034
(248) 549-3900
cschaedig@dt-law.com