# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>      Plaintiffs,<br><br>   v.<br><br>FMC CORPORATION,<br><br>      Defendant. | C.A. No. 24-878-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for Defendant FMC Corporation to move, answer, or otherwise respond to the Complaint (D.I. 1), currently set for August 19, 2024 (D.I. 9), shall be extended to September 27, 2024.

August 13, 2024

| | |
|---|---|
| **SMITH KATZENSTEIN & JENKINS LLP**<br><br>*/s/ Daniel A. Taylor*<br>Robert K. Beste (3931)<br>Daniel A. Taylor (6934)<br>1000 North West Street, Suite 1501<br>Wilmington, Delaware 19801<br>(302) 652-8400<br>rkb@skjlaw.com<br><br>*Attorneys for Plaintiffs* | **McCARTER & ENGLISH, LLP**<br><br>*/s/ Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br><br>*Attorney for Defendant* |

IT IS SO ORDERED this _____ day of August, 2024.

_____
United States District Judge