**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HDI GLOBAL SE,<br>SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED,<br>VIENNA INSURANCE GROUO, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>           Plaintiffs,<br><br>           v.<br><br>FMC CORPORATION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 24-878-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Daniel M. Silver, Esquire, of McCarter & English, LLP as counsel for Defendant FMC Corporation in the above-captioned matter.

Dated: August 13, 2024

McCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com

*Counsel for Defendant*

ME1 49422285v.1