# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE,<br>SWISS RE INTERNATIONAL SE, STARR<br>EUROPE INSURANCE LIMITED,<br>VIENNA INSURANCE GROUO, and QBE<br>EUROPE SA/NV, as Subrogees of Currenta<br>GmbH & Co. OHG,<br><br>                Plaintiffs,<br><br>      v.<br><br>FMC CORPORATION,<br><br>                Defendant. | C.A. No. 24-878-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richmond T. Moore, Dane H. Butswinkas, and Nicholas A. Maricic of Williams & Connolly LLP to represent Defendant FMC Corporation in the above-captioned matter.

Dated: August 23, 2024

Richmond T. Moore
Dane H. Butswinkas
Nicholas A. Maricic
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW,
Washington, DC 20024
202-434-5000
rtmoore@wc.com
dbutswinkas@wc.com
nmaricic@wc.com

McCARTER & ENGLISH LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com

*Counsel for Defendant*

ME1 49428757v.1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date:_____                    _____
                                                                **United States District Judge**