IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE,<br>SWISS RE INTERNATIONAL SE,<br>STARR EUROPE INSURANCE LIMITED,<br>VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>          Plaintiffs,<br><br>    v.<br><br>FMC CORPORATION,<br><br>          Defendant. | C.A. No. 24-878-RGA |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on September 27, 2024, Defendant FMC Corporation ("Defendant") will file a Motion to Dismiss Plaintiffs' Complaint pursuant to the doctrine of *forum non conveniens* (the "Motion to Dismiss"); and

WHEREAS, the parties have conferred and agreed that the deadline for Defendant to file an Answer to the Complaint shall be deferred until the Court rules on the Motion to Dismiss;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. Defendant shall not be required to file an Answer to the Complaint while the Motion to Dismiss is pending for a decision by the Court.

2. By entering into the Stipulation, Defendant does not waive any answer or defenses to the Complaint that it may otherwise assert, and expressly reserves all rights to the same, but Defendant will not be permitted to file a second Motion to Dismiss

   under Rule 12(b) of the Federal Rules of Civil Procedure, absent further order of the Court.

3. Defendant shall file its Answer, if necessary, within 21 days of the date the Court issues its decision, unless otherwise agreed to by the parties and/or ordered by the Court.

Date: September 27, 2024

| SMITH KATZENSTEIN & JENKINS LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Daniel A. Taylor* <br> Robert K. Beste (#3931) <br> Daniel A. Taylor (#6934) <br> 1000 North West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> rkb@skjlaw.com <br> dat@skjlaw.com <br><br> *Attorneys for Plaintiffs* | */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Defendant FMC Corporation* |

IT IS SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE