# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE,<br>SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED,<br>VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FMC CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 24-878-RGA<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING FMC CORPORATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Having reviewed Defendant FMC Corporation's Motion to Dismiss Plaintiffs' Complaint, along with the accompanying materials, IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED.  The Complaint (D.I. 1) is DISMISSED without prejudice.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HON. RICHARD G. ANDREWS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ME1 50200129v.1