# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, <br> SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, <br> VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG, <br><br>               Plaintiffs, <br><br>     v. <br><br> FMC CORPORATION, <br><br>               Defendant. | Civil Action No. 1:24-cv-878-RGA |

## DECLARATION OF DOUGLAS J. GUSH

I, Douglas J. Gush, Litigation Counsel at FMC Corporation, assert the following:

1. I have personal knowledge of the facts set forth in this Declaration.

2. I am Litigation Counsel at FMC Corporation. In my role, I have authority to make legally binding decisions on behalf of FMC Corporation for purposes of this litigation, or speak for those who do.

**A. Mr. Jon Edward Gacutan**

3. Mr. Jon Edward Gacutan is not employed by FMC Corporation.

4. From 2018-2023, Mr. Gacutan was employed as a Procurement Analyst by an FMC affiliate, FMC Switzerland II GmbH Manila ROHQ (formerly FMC Switzerland II Br MNL ROHQ).

5. From 2018-2023, Mr. Gacutan was based in the Philippines.

**B. The German Litigation**

    6.   As of today's date, Plaintiffs have not served FMC's affiliate, FMCAS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
September 26, 2024

                                                                             Douglas J. Gush