# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>Plaintiffs,<br><br>v.<br><br>FMC CORPORATION,<br><br>Defendant. | C.A. No. 24-878-RGA |

## DEFENDANT FMC CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant FMC Corporation is a Delaware corporation and is a publicly traded company that has no parent corporation. The Vanguard Group is the only company that owns over ten percent (10%) of FMC Corporation's stock. The Vanguard Group is not a publicly traded company; it is owned by its funds, which in turn are owned by their shareholders.

ME1 50199969v.1

Dated: September 27, 2024    Respectfully submitted,

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
MCCARTER & ENGLISH LLP
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com

Dane H. Butswinkas (Pro Hac Vice)
Richmond T. Moore (Pro Hac Vice)
Nicholas A. Maricic (Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC  20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com
rmoore@wc.com
nmaricic@wc.com

*Counsel for Defendant FMC Corporation*