## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG,<br><br>      Plaintiffs,<br><br>    v.<br><br>FMC CORPORATION,<br><br>      Defendant. | C.A. No. 24-878-RGA |

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS (D.I. 17)**

WHEREAS, on July 26, 2024, Plaintiffs filed the Complaint in this matter (D.I. 1); and

WHEREAS, on September 27, 2024, Defendant FMC Corporation moved to dismiss the Complaint under the doctrine of *forum non conveniens* (D.I. 17; D.I. 18), with Plaintiff's Answering Brief currently due on October 11, 2024;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for Plaintiffs to file their Answering Brief on the motion to dismiss (D.I. 17) shall be extended from October 11, 2024 to November 1, 2024, and the deadline for Defendant FMC Corporation to file its Reply Brief shall be November 22, 2024.

October 3, 2024

| | |
|---|---|
| **SMITH KATZENSTEIN & JENKINS LLP** | **McCARTER & ENGLISH, LLP** |
| */s/ Daniel A. Taylor* | */s/ Daniel M. Silver* |
| Robert K. Beste (3931) | Daniel M. Silver (#4758) |
| Daniel A. Taylor (6934) | Renaissance Centre |
| 1000 North West Street, Suite 1501 | 405 N. King Street, 8th Floor |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 652-8400 | (302) 984-6300 |
| rkb@skjlaw.com | dsilver@mccarter.com |
| dat@skjlaw.com | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiffs* | |

IT IS SO ORDERED this _____ day of October, 2024.

_____
United States District Judge