# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, <br> SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, <br> VIENNA INSURANCE GROUP, and QBE EUROPE SA/NV, as Subrogees of Currenta GmbH & Co. OHG, <br><br> Plaintiffs, <br><br> v. <br><br> FMC CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 24-878-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Alexandra M. Joyce, Esquire, of McCarter & English, LLP as counsel for Defendant FMC Corporation in the above-captioned matter.

Dated: October 8, 2024

McCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Defendant*

ME1 50617617v.1