# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HDI GLOBAL SE, SWISS RE INTERNATIONAL SE, STARR EUROPE INSURANCE LIMITED, VIENNA INSURANCE GROUP, and QBE RE (EUROPE LIMITED), as subrogees of Currenta GmbH & Co. OHG<br><br>        Plaintiffs,<br><br>    v.<br><br>FMC CORPORATION,<br><br>        Defendant. | C.A. No. 24-878-RGA |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss this action without prejudice. Defendant has not served an answer or a motion for summary judgment.

Dated: October 15, 2024

SMITH KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Robert K. Beste (No. 3931)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rkb@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiffs*